IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARIO MCNEIL**  **PETITIONER**
*Reg. #30893-076*

v.   CASE NO. 2:24-CV-00124-BSM

**CHAD GARRETT**
*Warden, Forrest City Low*   **RESPONDENT**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 8] is adopted for the reasons set forth therein. Furthermore, despite Mario McNeil's assertion in a post-recommended disposition response that exhaustion would have been futile, *see* Doc. No. 9, McNeil fails to demonstrate how his proper use of the prison's grievance procedures would have left him remediless. *See* Doc. No. 8 at 4 (showing how McNeil "refused to proceed as instructed"); *see also Ex Parte Hawk*, 321 U.S. 114, 118 (1944) (exhaustion only futile where no remedy is afforded or the remedy afforded proves in practice unavailable or seriously inadequate). Chad Garrett's motion to dismiss [Doc. No. 6] is therefore granted and McNeil's section 2241 petition for a writ of habeas corpus [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 21st day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE